[No. 53650-8-1. Division One. March 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON R. OLEBAR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-00610-2, George T. Mattson, J., entered November 4, 2003. *Affirmed* by unpublished opinion per Ellington, A.C.J., concurred in by Kennedy and Schindler, JJ.

[No. 29457-5-II. Division Two. March 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIJAH MICHAEL STROMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-05626-5, Sergio Armijo, J., entered October 10, 2002. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.

[No. 29542-3-II. Division Two. March 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DONOVAN BEN PATRICK ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-1-00235-9, James E. Warme, J., entered October 30, 2002. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Hunt, J.; Armstrong, J., dissenting.